AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

Daejon Labrayae Love and
Taylor Jamie Chan,

*Defendant(s)*

Case No. 3:26-mj-00227

SEALED

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 2022 - March 2026 in the county of Clackamas in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Tyler Esswein.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Tyler Esswein, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:10 ~~a.m.~~/p.m.

Date: 08/17/2026

Jolie A. Russo
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie Russo, U.S. Magistrate Judge
*Printed name and title*