**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**DAEJON LOVE and**
**TAYLOR JAMIE CHAN,**

**Defendant.**

**3:26-mj-00227**

**ORDER UNSEALING ENTIRE CASE**

Upon the motion of the government,

IT IS HEREBY ORDERED that the Clerk unseal the entire case in the above caption.

Dated: August 24, 2026

Stacie F. Beckerman

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER CARDANI, MASB# 550609
Assistant United States Attorney